# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN F. LUND, RICHARD E. SECOR JR., and GERALD KELLY,<br><br>               Defendants. | **8:17CV420**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the Plaintiff,

**IT IS ORDERED:**

1. On or before **March 22, 2018**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 20th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge